# CRIMINAL COVER SHEET

**SEALED** ~~SEALED~~ JES

USAO - Rev. 4/25_by

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 11 PM 2:43

OFFICE OF THE CLERK

**PLACE OF OFFENSE:**
CITY: Omaha
COUNTY: Douglas

**RELATED CASE INFORMATION:**
☐ Superseding Indictment        ☒ New Defendant
☐ Indictment/Information Pending vs Same Defendant
Magistrate Case Number: 4:25MJ3187
R20/R40 from District of: _____
Related to: _____

## DEFENDANT INFORMATION:

| | |
|---|---|
| NAME: | KETANKUMAR BABUBHAI CHAUDHARI |
| ALIAS: | Ken Chaudhari |
| ADDRESS: | 2306 N. 182nd Avenue, Elkhorn, Nebraska |
| SSN: | 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    DOB: 11-18-1988 |

☒ MALE   ☐ FEMALE   ☐ ALIEN

☒ COMPLAINT        AUSA: Danielle Fliam
☐ INFORMATION      AGENT: Rachel Sullivan
☐ INDICTMENT       AGENCY: FBI                    ☒ FBI
                   TRIAL:  ☐ OMAHA  ☒ LINCOLN  ☐ NORTH PLATTE

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591    COUNT NO. 1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by Fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs / $100,000 Fine / NMT 1 yr TSR / $100SA |

☐ PETTY          ☐ MISDEMEANOR:        ☐ CLASS A/CLASS B - NON-MOTOR
☐ MINOR                                  ☐ CLASS B - MOTOR
☒ FELONY         ☐ FORFEITURE           ☐ CLASS C - VEHICLE/INFRACTION

## LOCATION STATUS

☒ WARRANT   ☐ OCDETF   _____    ARREST DATE: _____
☐ SUMMONS
☐ ALREADY IN FEDERAL CUSTODY AS OF: _____
☐ ALREADY IN STATE CUSTODY IN: _____
☐ ON PRETRIAL RELEASE
☒ INTERPRETER NEEDED?   LIST LANGUAGE AND/OR DIALECT: Gujarati

COPY USA

2 JES

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET  **SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**
CITY: Omaha
COUNTY: Douglas

**RELATED CASE INFORMATION:**
- ☐ Superseding Indictment
- ☒ New Defendant
- ☐ Indictment/Information Pending vs Same Defendant
- Magistrate Case Number: 4:25MJ3187
- R20/R40 from District of:
- Related to:

## DEFENDANT INFORMATION:

**NAME:** AMIT BABUBHAI CHAUDHARI
**ALIAS:** Matt
**ADDRESS:** 10728 L Street, Omaha, Nebraska
**SSN:**   **DOB:** 10-25-1991   ☒ MALE  ☐ FEMALE  ☐ ALIEN

- ☒ COMPLAINT
- ☐ INFORMATION
- ☐ INDICTMENT

AUSA: Danielle Fliam
AGENT: Rachel Sullivan
AGENCY: FBI    ☒ FBI
TRIAL:   ☐ OMAHA   ☒ LINCOLN   ☐ NORTH PLATTE

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591    COUNT NO. 1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: | Not Charged | |

- ☐ PETTY
- ☐ MINOR
- ☒ FELONY
- ☐ MISDEMEANOR:
- ☐ FORFEITURE
- ☐ CLASS A/CLASS B - NON-MOTOR
- ☐ CLASS B - MOTOR
- ☐ CLASS C - VEHICLE/INFRACTION

## LOCATION STATUS

- ☒ WARRANT   ☐ OCDETF       ARREST DATE:
- ☐ SUMMONS
- ☐ ALREADY IN FEDERAL CUSTODY AS OF:
- ☐ ALREADY IN STATE CUSTODY IN:
- ☐ ON PRETRIAL RELEASE
- ☒ INTERPRETER NEEDED?   LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET

**SEALED**  USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**
CITY: Omaha
COUNTY: Douglas

**RELATED CASE INFORMATION:**
- [ ] Superseding Indictment
- [x] New Defendant
- [ ] Indictment/Information Pending vs Same Defendant

Magistrate Case Number: 4:25MJ3187
R20/R40 from District of:
Related to:

## DEFENDANT INFORMATION:

NAME: AMIT PRAHLADBHAI CHAUDHARI
ALIAS: Amit
ADDRESS: 9305 S. 145th Street, Omaha, Nebraska
SSN:    DOB: 6-1-1993   [x] MALE  [ ] FEMALE  [ ] ALIEN

- [x] COMPLAINT
- [ ] INFORMATION
- [ ] INDICTMENT

AUSA: Danielle Fliam
AGENT: Rachel Sullivan
AGENCY: FBI   [x] FBI

TRIAL: [ ] OMAHA  [x] LINCOLN  [ ] NORTH PLATTE

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591   COUNT NO. 1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: | Not Charged | |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

- [ ] PETTY
- [ ] MINOR
- [x] FELONY
- [ ] MISDEMEANOR
- [ ] FORFEITURE
- [ ] CLASS A/CLASS B - NON-MOTOR
- [ ] CLASS B - MOTOR
- [ ] CLASS C - VEHICLE/INFRACTION

## LOCATION STATUS

- [x] WARRANT  [ ] OCDETF    ARREST DATE:
- [ ] SUMMONS
- [ ] ALREADY IN FEDERAL CUSTODY AS OF:
- [ ] ALREADY IN STATE CUSTODY IN:
- [ ] ON PRETRIAL RELEASE
- [x] INTERPRETER NEEDED?   LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: | Not Charged | |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET  **SEALED**

USAO - Rev. 4/25_by

**RELATED CASE INFORMATION:**
- [ ] Superseding Indictment
- [x] New Defendant
- [ ] Indictment/Information Pending vs Same Defendant

**PLACE OF OFFENSE:**
CITY: Omaha
COUNTY: Douglas

Magistrate Case Number: 4:25MJ3187
R20/R40 from District of:
Related to:

## DEFENDANT INFORMATION:

NAME: MAHESHKUMAR CHAUDHARI
ALIAS: Mahesh
ADDRESS: 402 Blaine Street, Norfolk, NE 68701
SSN: 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    DOB: 6/1/1987    [x] MALE  [ ] FEMALE  [ ] ALIEN

- [x] COMPLAINT
- [ ] INFORMATION
- [ ] INDICTMENT

AUSA: Danielle Fliam
AGENT: Rachel Sullivan
AGENCY: FBI    [x] FBI

TRIAL:  [ ] OMAHA  [x] LINCOLN  [ ] NORTH PLATTE

**U.S.C. CITATIONS:** LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591    COUNT NO. 1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: | Not Charged | |
| CT 2: | Not Charged | |
| CT 3: 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs / $100,000 Fine / NMT 1 yr TSR / $100SA |

- [ ] PETTY
- [ ] MINOR
- [x] FELONY
- [ ] MISDEMEANOR:
- [ ] FORFEITURE
- [ ] CLASS A/CLASS B - NON-MOTOR
- [ ] CLASS B - MOTOR
- [ ] CLASS C - VEHICLE/INFRACTION

## LOCATION STATUS

- [x] WARRANT  [ ] OCDETF    ARREST DATE:
- [ ] SUMMONS
- [ ] ALREADY IN FEDERAL CUSTODY AS OF:
- [ ] ALREADY IN STATE CUSTODY IN:
- [ ] ON PRETRIAL RELEASE
- [x] INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: | Not Charged | |
| CT 6: | Not Charged | |
| CT 7: | Not Charged | |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |

# CRIMINAL COVER SHEET    **SEALED**

USAO - Rev. 4/25_by

**PLACE OF OFFENSE:**
CITY: Omaha
COUNTY: Douglas

**RELATED CASE INFORMATION:**
☐ Superseding Indictment    ☒ New Defendant
☐ Indictment/Information Pending vs Same Defendant
Magistrate Case Number: 4:25MJ3187
R20/R40 from District of:
Related to:

**DEFENDANT INFORMATION:**
NAME: RASHMI AJIT SAMANI
ALIAS: Falguni Samani
ADDRESS: 2306 N. 182nd Avenue, Elkhorn, Nebraska
SSN: 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    DOB: 3/7/1983    ☐ MALE  ☒ FEMALE  ☐ ALIEN

☒ COMPLAINT    AUSA: Danielle Fliam
☐ INFORMATION    AGENT: Rachel Sullivan
☐ INDICTMENT    AGENCY: FBI    ☒ FBI
TRIAL: ☐ OMAHA  ☒ LINCOLN  ☐ NORTH PLATTE

**U.S.C. CITATIONS:**    LEAD COUNT: 18 U.S.C. § 1594; 18 U.S.C. § 1591    COUNT NO. 1

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 1: 18 U.S.C. § 1594; 18 U.S.C. § 1591 | Conspiracy to Engage in Sex Trafficking | Life/ $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 2: 18 U.S.C. § 1589 | Conspiracy to engage in forced labor | 20 yrs / $250,000 Fine / NMT 5 yrs TSR / $100SA |
| CT 3: 18 U.S.C. § 371; 18 U.S.C. § 1546(a) | Conspiracy to Defraud the United States by fraud and Misuse of Visas, Permits and other documents | 20 yrs / $250,000 Fine / NMT 3 yrs TSR / $100SA |
| CT 4: 8 U.S.C. § 1324(a)(1)(A)(ii) | Conspiracy Related to Transporting Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR /$100SA |

☐ PETTY    ☐ MISDEMEANOR:    ☐ CLASS A/CLASS B - NON-MOTOR
☐ MINOR            ☐ CLASS B - MOTOR
☒ FELONY    ☐ FORFEITURE    ☐ CLASS C - VEHICLE/INFRACTION

**LOCATION STATUS**
☒ WARRANT    ☐ OCDETF        ARREST DATE:
☐ SUMMONS
☐ ALREADY IN FEDERAL CUSTODY AS OF:
☐ ALREADY IN STATE CUSTODY IN:
☐ ON PRETRIAL RELEASE
☒ INTERPRETER NEEDED?    LIST LANGUAGE AND/OR DIALECT: Gujarati

INDICTMENT - CONTINUATION SHEET

| COUNT # / CODE | DESCRIPTION OF OFFENSE CHARGED | MAXIMUM PUNISHMENT |
|---|---|---|
| CT 5: 8 U.S.C. § 1324(a)(1)(A)(iii) | Conspiracy Related to Harboring Illegal Aliens | 5 yrs /$100,000 Fine /NMT 1 yr TSR / $100SA |
| CT 6: 18 U.S.C. § 1071 | Concealing Person from Arrest | 1 yr /$100,000 Fine /NMT 1 yr TSR /$100SA |
| CT 7: 21 U.S.C. § 856 | Maintaining drug-involved premises | 20 yrs /$500,000 Fine /NMT 3 yrs TSR / $100SA |
| CT 8: | | |
| CT 9: | | |
| CT 10 | | |
| CT 11 | | |
| CT 12 | | |
| CT 13 | | |
| CT 14 | | |
| CT 15 | | |
| CT 16 | | |
| CT 17 | | |
| CT 18 | | |
| CT 19 | | |
| CT 20 | | |